UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------
MARILYN BLOCH,
                               Plaintiff(s),

             -against-

DR. JOYCE GERDIS, M.D.
                             Defendant(s).
-----------------------------------------------------------------

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-13-10

**ORDER OF REFERENCE
TO A MAGISTRATE JUDGE**

10 Civ. 5144 (PKC) (AJP)

The above-entitled action is referred to the designated Magistrate Judge for the following purpose(s):

_X_ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

Specific Non-Dispositive Motion/Dispute:*

___ Discovery Dispute.

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____

__ Settlement*

Inquest After Default/Damages Hearing

___ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

___ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

Purpose:_____

__ Habeas Corpus

___ Social Security

___ Dispositive Motion (i.e., motion requiring a Report and Recommendation)

Particular Motion:_____

_____

All such motions: ____

---

* Do not check if already referred for general pretrial.

**SO ORDERED.**

                                             Hon. P. Kevin Castel
                                             United States District Judge

DATED:     New York, New York
                 July 13, 2010