

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

# MEMORANDUM
*Pro Se* Office

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/4/2010
```

**To:** Docketing Unit

**From:** ___V.Jones_____, *Pro Se* Office, x0177

**Date memorandum prepared:**   August 4th t 2010

**Notice received by Pro Se Office on :** August 3rd 2010

| | | | |
|---|---|---|---|
| Bloch v Koerner | Docket #: | 08 Civ. 5279 | (AKH) |
| Bloch v Gerdis | Docket #: | 10 Civ. 5144 | (AJP) |
| Bloch v Gerdis | Docket #: | 10 Civ. 5319 | (LAP) |
| Docket #: | Civ. | ( ) | |
| Docket #: | Civ. | ( ) | |

### PLEASE NOTE THE FOLLOWING CHANGE OF ADDRESS ON THE COURT'S DOCKET

**Name:** Marilyn Bloch

**Street address:** 7958 Pines Blvd Box 222

**City:** Pembroke Pines    **State:** Florida 33204

**Name:**                           **ID # :**

**Street address:**

**City:**         **State:**

7958 Pines Boulevard, Box 222
Pembroke Pines, Florida 33204

RECEIVED
SDNY PRO SE OFFICE
2010 AUG -3  P 3: 47

July 26, 2010

Enclosed please find order for the service of Dr. Gerdis but in pro-se cases the summonses and

The certificate of service is given to the U.S. Marshall and he furnishes the forms for

Service. The clerk always issues the summonses and signs them in federal court.

Marilyn Bloch